IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL -8 A 10: 02

Ashford Milford
------
Full name and prison number
of plaintiff(s)

v.

Opelika City Jail
Tommy Mangham
Officer Harris
------
------
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05CV639-T
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Opelika City Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Opelika City Jail | 501 South 10th Street |
| 2. Tommy Mangham | 501 South 10th Street |
| 3. Officer Harris | 501 South 10th Street |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Around 2003 about June._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Officer Harris put inmate Ashford Milford into Security cell and poured bleach about 1/2 a gallon into cell._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

After Officer Harrys put Inmate Milford in security cell and poured bleach about 1/2 a gallon. Officer Harris tryed to kill Inmater Milford with the bleach that she poured into the cell.

**GROUND TWO:** Inmate Milford had to go to hospital upon release out of the security cell.

**SUPPORTING FACTS:** After Inmate Milford got out of the security cell, "by officer William." Inmate Milford had to go to the East Alabama Medical Center twice, that same night for treatment. From the bleach.

**GROUND THREE:** Doctor at East Alabama Medical Center said that Inmate Milford should suit Opelika City Jail

**SUPPORTING FACTS:** Inmate Milford could have dead in that Security cell with all that Bleach. Inmate Milford was in the the security cell for hours.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Milford would like Officer Harris to pay the some of 2,000,000 dollars and the city of Opelika to pay the some of 2,000,000 dollars.

x Ashford Nick Milford
  Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7/6/05
             (Date)

x Ashford Nick Milford
  Signature of plaintiff(s)

4