IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ASHFORD MILFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv639-T |
| | )             (WO) |
| OPELIKA CITY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered and that this action is dismissed.

DONE, this the 8th day of August, 2005.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE